US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 10 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 6:12CR60009-001 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| JESSIE DUNN | ) | 18 U.S.C. § 1470 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning on or about October, 2011, and continuing through and including December 31, 2011 in the Western District of Arkansas, Hot Springs Division, the defendant, JESSIE DUNN, using a facility and means of interstate commerce; namely one or both of the following: a cell phone with access to the internet and a computer connected to the internet, knowingly attempted to persuade, induce, entice, and coerce an individual whom he believed was 14 years of age, to engage in any sexual activity for which any person can be charged with a criminal offense, namely Arkansas Code Annotated Section 5-14-127 (Sexual Assault 4th degree), all in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about December 13, 2011, in the Western District of Arkansas, Hot Springs Division, the defendant, JESSIE DUNN, did knowingly attempt to transfer, by means of a facility of interstate commerce, that is, an cellular phone connected to the internet, obscene matter, namely a picture of his erect penis, to another individual whom he believed to be a 14 year old female, all in violation of 18 United States Code, Section 1470.

# FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One and Two of this Indictment.

Upon conviction of either Counts One or Two of this Indictment, the defendant **JESSIE DUNN** shall forfeit to the United States pursuant to 18 U.S.C. § 2253 the defendant's interest in:

1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third person;

 c. has been placed beyond the jurisdiction of the Court;

 d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

/s/Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: _____
Dustin S Roberts
Arkansas Bar No. 2005185
414 Parker Ave
Fort Smith, AR 72901
Phone: 479-783-5125
Fax: 479-441-0578
E-mail Dustin.Roberts@usdoj.gov